# IN THE SUPREME COURT OF THE STATE OF NEVADA

EMMY M. DAPRIZIO, F/K/A EMMY MARTHA TAYLOR; AND RED ROCK SOURCING, LLC,

Appellants,

vs.

MICHAEL SCOTT TAYLOR, AN INDIVIDUAL,

Respondent.

No. 77052

**FILED**

OCT 25 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on September 27, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Rob Bare, District Judge
Peirce Law Offices
Johnson & Gubler, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

18-42049